IN THE DISTRICT COURT IN AND FOR
THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.

6:11-CV-154-ORL-18KRS

ALISHA SMILEY,

    Plaintiff,

v.

ENTERPRISE RECOVERY SYSTEMS, INC.,

    Defendant.
_____/

## NATURE OF ACTION

1. This is an action brought under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq.*, and the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227.

## JURISDICTION AND VENUE

2. This Court has jurisdiction under 15 U.S.C. § 1692k(d), 47 U.S.C. § 227(b)(3), 28 U.S.C. § 1331, and 28 U.S.C. § 1367(a).

3. Venue is proper before this Court pursuant to 28 U.S.C. §1391(b), where the acts and transactions giving rise to Plaintiff's action occurred in this district, where Plaintiff resides in this district, and where Defendant transacts business in this district.

## PARTIES

4. Plaintiff, ALISHA SMILEY ("Plaintiff"), is a natural person who at all relevant times resided in the State of Florida, County of Orange, and City of Orlando.

5. Plaintiff is a "consumer" as defined by 15 U.S.C. § 1692a(3).

6. Defendant, ENTERPRISE RECOVERY SYSTEMS, INC., ("Defendant") or ("ERS") is a corporation who at all relevant times was engaged, by use of the mails and telephone, in the business of attempting to collect a "debt" from Plaintiff, as defined by 15 U.S.C. §1692a(5).

7. Defendant is a "debt collector" as defined by 15 U.S.C. § 1692a(6).

## FACTUAL ALLEGATIONS

8. Plaintiff is a natural person obligated, or allegedly obligated, to pay a debt owed or due, or asserted to be owed or due a creditor other than Defendant.

9. Plaintiff's obligation, or alleged obligation, owed or due, or asserted to be owed or due a creditor other than Defendant, arises from a transaction in which the money, property, insurance, or services that are the subject of the transaction were incurred primarily for personal, family, or household purposes.

10. Defendant uses instrumentalities of interstate commerce or the mails in a business the principal purpose of which is the collection of any debts, and/or regularly collects or attempts to collect, directly or indirectly, debts owed or due, or asserted to be owed or due another.

11. Defendant made initial communication with Plaintiff via telephone call on October 19, 2010, and at such time, failed to provide Plaintiff with the notices required by 15 USC § 1692g(a) et seq.), nor did Defendant provide the notices in writing within 5 days thereof.

12. Defendant did not provide Plaintiff with written notice until Defendant sent Plaintiff a written communication dated November 3, 2010, and made attempts to collect the alleged debt, including threats of garnishment, within the prescribed thirty (30) day dispute period, and prior to providing Plaintiff with the required notices. (See copy of letter dated November 3, 2010, attached hereto as Exhibit "A").

13. Defendant placed multiple non-emergency calls to Plaintiff's cellular telephone, without the prior express consent of Plaintiff, using an automatic telephone dialing system.

## COUNT I

14. Plaintiff repeats and re-alleges each and every allegation contained in paragraphs 1 through 13.

15. Defendant violated 15 U.S.C. § 1692g(a) by failing to provide Plaintiff with the notices required by 15 USC § 1692g, either in the initial communication with Plaintiff, or in writing within 5 days thereof.

WHEREFORE, Plaintiff prays for relief and judgment, as follows:

a) Adjudging that Defendant violated 15 U.S.C. § 1692g(a);

b) Awarding Plaintiff statutory damages, pursuant to 15 U.S.C. §1692k, in the amount of $1,000.00;

c) Awarding Plaintiff actual damages, pursuant to 15 U.S.C. §1692k;

d) Awarding Plaintiff reasonable attorneys' fees and costs incurred in this action;

e) Awarding Plaintiff any pre-judgment and post-judgment interest as may be allowed under the law;

f) Awarding such other and further relief as the Court may deem just and proper.

## COUNT II

16. Plaintiff repeats and re-alleges each and every allegation contained in paragraphs 1 through 13.

17. Defendant violated 15 U.S.C. § 1692g(b) by overshadowing the disclosures required by 15 U.S.C. § 1692g(a) during the thirty-day dispute period.

WHEREFORE, Plaintiff prays for relief and judgment, as follows:

a) Adjudging that Defendant violated 15 U.S.C. § 1692g(b);

b) Awarding Plaintiff statutory damages, pursuant to 15 U.S.C. §1692k, in the amount of $1,000.00;

c) Awarding Plaintiff actual damages, pursuant to 15 U.S.C. §1692k;

d) Awarding Plaintiff reasonable attorneys' fees and costs incurred in this action;

e) Awarding Plaintiff any pre-judgment and post-judgment interest as may be allowed under the law;

f) Awarding such other and further relief as the Court may deem just and proper.

## COUNT III

18. Plaintiff repeats and re-alleges each and every allegation contained in paragraphs 1 through 13.

19. Defendant violated 47 U.S.C. § 227(b)(1)(A)(iii) by placing non-emergency calls to Plaintiff's cellular telephone, without the prior express consent of Plaintiff, using an automatic telephone dialing system.

WHEREFORE, Plaintiff prays for relief and judgment, as follows:

a) Adjudging that Defendant violated 47 U.S.C. § 227(b)(1)(A)(iii);

b) Awarding Plaintiff statutory damages, pursuant to 47 U.S.C. § 227(b)(3)(B), in the amount of $500.00 per violation;

c) Awarding Plaintiff statutory damages, pursuant to 47 U.S.C. § 227(b)(3)(C), in the amount of $1,500.00 per violation;

d) Awarding Plaintiff actual damages, pursuant to 47 U.S.C. § 227(b)(3)(B);

e) Awarding Plaintiff reasonable attorneys' fees and costs incurred in this action;

f) Awarding Plaintiff any pre-judgment and post-judgment interest as may be allowed under the law.

## TRIAL BY JURY

20. Plaintiff is entitled to and hereby demands a trial by jury.

Respectfully submitted this 17th day of January, 2011.

Respectfully submitted,
ALISHA SMILEY

By: _____
ALEX D. WEISBERG
FBN: 0566551
WEISBERG & MEYERS, LLC
ATTORNEYS FOR PLAINTIFF
5722 S. Flamingo Rd, Ste. 656
Cooper City, FL 33330
(954) 212-2184
(866) 577-0963 fax
aweisberg@attorneysforconsumers.com

# EXHIBIT A

Dept 24038
PO Box 1259
Oaks PA 19456

Account Number: 183304
Principle Balance: 10809.52
Interest: 6724.37
Penalty Charges: 0.00
Fees & Costs: 4267.84
Total Balance: 21801.73
Do not send cash
Make checks payable to: U.S. Department of Education
Show you social security number on your check
Return this portion with your payment
Send payment to:

Nov 3, 2010
1

183304-315-10         23803-S

ALISHA C SMILEY
5602 SILVER STAR RD APT 651
ORLANDO FL  32808-4361

Department of ED
P.O. Box 105028
Atlanta, GA 30348-5028

4 322647358448 0000001000 00000583        4 322647358448 0011032010 21801732

***Please Detach Upper Portion And Return With Payment***

This notice is from Enterprise Recovery Systems, Inc. (ERS) The Department of Education (ED) has placed your account with this agency for collection action.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

Federal law prohibits unlawful collection practices. Formal complaints against this agency may be logged with:

U.S. Department of Education
Atlanta Service Center - Chief, Contract Services Branch
Atlanta Federal Center Tower
61 Forsyth St., SW, RM. 19T89
Atlanta, Georgia 30303

Call or write our office regarding your intentions to resolve this debt at:
ENTERPRISE RECOVERY SYSTEMS, INC.
P O Box 5288
Oak Brook, IL 60522-9724
888-377-5000

Our office hours are: 8AM to 9PM (CST) Mon. - Thurs.
8AM to 5PM (CST) Fri.
8AM to 12PM (CST) Sat.

This communication is from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose. To ensure professional service and legal compliance, all incoming and outgoing telephone calls to this facility are subject to recording and/or monitoring.

Office Hours:   8AM to 9PM (CST) Mon. - Thurs.
                8AM to 5PM (CST) Fri.
                8AM to 12PM (CST) Sat.

MEMBER

ACA
INTERNATIONAL
The Association of Credit
and Collection Professionals

Enterprise Recovery Systems, Inc.  ♦  P.O. Box 5288  ♦  Oak Brook, IL 60522-9724  ♦  888-377-5000  ♦  Fax 630-574-0199

23803-DOE-10-5